ADVERSARY PROCEEDING COVER SHEET P. 1    ADVERSARY PROCEEDING NUMBER

| PLAINTIFFS<br>JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF JOHN HENRY SCHNEIDER | DEFENDANT(S)<br>SCHNEIDER LIMITED PARTNERSHIP; SCHNEIDER MANAGEMENT, LLC; MEDPORT, LLC; BSC, LLC; JOHN HENRY SCHNEIDER, MICHELLE R. SCHNEIDER; KATHLEEN T. BURROWS; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE BRANDON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE SHANNON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE CAITLIN SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012; JOHN SCHNEIDER, AS TRUSTEE OF THE JOHN SCHNEIDER REVOCABLE TRUST, DATED NOVEMBER 20, 2007; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE MICHELLE SCHNEIDER REVOCABLE TRUST, DATED NOVEMBER 20, 2007; JOHN DOES 1–10; and XYZ CORPS. 1–10 |
|---|---|
| ATTORNEYS (Firm Name, Address & Telephone No.)<br>JOSEPH V. WOMACK<br>WALLER & WOMACK<br>303 N. BROADWAY, SUITE 805<br>BILLINGS, MT 59101<br><br>TRENT M. GARDNER / JEFFREY J. TIERNEY<br>GOETZ, BALDWIN & GEDDES, P.C.<br>35 NORTH GRAND<br>P.O. BOX 6580<br>BOZEMAN, MT 59771-6580 | ATTORNEYS (If known)<br>HAROLD V. DYE<br>DYE & MOE, PLLC<br>129 HICKORY STREET, STE B<br>MISSOULA, MT 59801-1820<br><br>ROSS RICHARDSON<br>HENNINGSEN, VUCUROVICH & RICHARDSON, PC<br>PO BOX 399<br>BUTTE, MT 59701<br><br>STEVEN M. JOHNSON<br>CHURCH, HARRIS, JOHNSON & WILLIAMS, PC<br>114 3RD STREET SOUTH<br>PO BOX 1645<br>GREAT FALLS, MT 59403-1645 |
| PARTY<br>☐ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☒ Trustee | PARTY<br>☒ Debtor      ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** Consolidation of Debtors' estate and entities; determination of alter egos; avoidance of transfers of property; avoidance or transfer of judgment lien; return of moneys and distributions; declarations regarding property of the Estate; avoidance of trust instruments; injunction against all defendants. 11 U.S.C. §§ 541, 544, 547, 548, 550, 551.

## NATURE OF SUIT
(Number up to five boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

☐ 11- Recovery of money/property - §542 turnover of property
☐ 61- Dischargeability - §523(a)(5), domestic support
**2** 12- Recovery of money/property - §547 preference
☐ 68- Dischargeability - §523(a)(6), willful and malicious injury
**1** 13- Recovery of money/property - §548 fraudulent transfer
☐ 63- Dischargeability - §523(a)(8), student loan
☐ 14- Recovery of money/property – other
☐ 64- Dischargeability - §523(a)(15), divorce/sep property settlement/decree

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 65- Dischargeability - other
☐ 21- Validity, priority or extent of lien or other interest in property

**FRBP 7001(7) – Injunctive Relief**

**FRBP 7001(3) – Approval of Sale of Property**
☐ 71- Injunctive Relief – reinstatement of stay
☐ 31- Approval of sale of property of estate and of a co-owner - §363(h)
**3** 72 Injunctive relief - other

**FRBP 7001(4) – Objection/Revocation of Discharge**
**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 41- Objection/Revocation of Discharge - §727(c),(d),(e)
☐ 81- Subordination of claim or interest

**FRBP 7001(5) – Revocation of Confirmation**
**FRBP 7001(9) – Declaratory Judgment**
☐ 51- Revocation of Confirmation
**4** 91- Declaratoy judgment

15-00015-RBK   Doc#: 1-1   Filed: 05/22/15   Page 1 of 2

**FRBP 7001(6) – Dischargeability**

☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims

☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud

☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**FRBP 7001(10) – Determination of Removed Action**

☐ 01-Determination of removed claim or cause

**Other**

☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*

☒ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

☒ Check if this case involves a substantive issue of state law

☐ Check if this is asserted to be a class action under FRCP 23

☐ Check if jury trial is demanded in complaint

☐ Demand $

☐ Other Relief Sought:

### BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

NAME OF DEBTOR  SCHNEIDER, JOHN HENRY         BANKRUPTCY CASE #  14-61357-7

DISTRICT IN WHICH CASE IS PENDING   DIVISIONAL OFFICE        NAME OF JUDGE
Montana                              Billings                 Ralph B. Kirscher

### RELATED ADVERSARY PROCEEDINGS (IF ANY)

PLAINTIFF                    DEFENDANT                ADVERSARY PROCEEDING #

DISTRICT IN WHICH CASE IS PENDING   DIVISIONAL OFFICE        NAME OF JUDGE

| DATE | PRINT NAME OF ATTORNEY | SIGNATURE OF ATTORNEY |
|---|---|---|
| May 22, 2015 | Trent M. Gardner | By: /s/ Trent M. Gardner |
|  |  | Attorney for Plaintiff |