Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:   (406) 587-5144
Email:  tgardner@goetzlawfirm.com
         jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2690)
**WALLER & WOMACK, P.C.**
Suite 805 First Bank Building
303 North Broadway
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**JOHN HENRY SCHNEIDER**,<br><br>     Debtor. | Case No. 14-61357-7 |
| **JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF JOHN HENRY SCHNEIDER,**<br><br>     Plaintiff,<br><br> v.<br><br>SCHNEIDER LIMITED PARTNERSHIP; SCHNEIDER MANAGEMENT, LLC; MEDPORT, LLC; BSC, LLC; JOHN HENRY | Adversary No. _____ |

SCHNEIDER; MICHELLE R. SCHNEIDER; KATHLEEN T. BURROWS; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE BRANDON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE SHANNON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE CAITLIN SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012; JOHN SCHNEIDER, AS TRUSTEE OF THE JOHN SCHNEIDER REVOCABLE TRUST, DATED NOVEMBER 20, 2007; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE MICHELLE SCHNEIDER REVOCABLE TRUST, DATED NOVEMBER 20, 2007; JOHN DOES 1–10; and XYZ CORPS. 1–10;

Defendants.

## SUMMONS IN AN ADVERSARY PROCEEDING

**TO ALL ABOVE-NAMES DEFENDANTS:**

SCHNEIDER LIMITED PARTNERSHIP;
SCHNEIDER MANAGEMENT, LLC;
MEDPORT, LLC;
BSC, LLC;
JOHN HENRY SCHNEIDER;
MICHELLE R. SCHNEIDER;
KATHLEEN T. BURROWS;
MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE BRANDON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012;
MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE SHANNON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012;
MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE CAITLIN SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012;
JOHN SCHNEIDER, AS TRUSTEE OF THE JOHN SCHNEIDER REVOCABLE TRUST, DATED NOVEMBER 20, 2007;

MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE MICHELLE
SCHNEIDER REVOCABLE TRUST, DATED NOVEMBER 20, 2007;
JOHN DOES 1–10; and
XYZ CORPS. 1–10

**YOU ARE HEREBY SUMMONED** and required to submit a motion or answer to the complaint which is attached to this Summons to the Clerk of the Bankruptcy Court within **30 days** after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within **35 days**.

    **Address of Clerk:**    **Office of the Clerk of Court**
                                      **U.S. Bankruptcy Court District of Montana**
                                      **400 North Main Street, Rm. 303**
                                      **Butte, MT 59701**

    At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney.

    **Address of Attorney:**    **Trent M. Gardner**
                                          **Goetz, Baldwin & Geddes, PC**
                                          **35 North Grand**
                                          **PO Box 6580**
                                          **Bozeman, MT 59771-6580**

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                     _____
                                                                      Clerk of the Bankruptcy Court

Date: _____                By: _____
                                                                       Deputy Clerk