Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:     (406) 587-5144
Email:  tgardner@goetzlawfirm.com
            jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2641)
**WALLER & WOMACK, P.C.**
Suite 805 First Bank Building
303 North Broadway
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**JOHN HENRY SCHNEIDER**,<br><br>           Debtor. | Case No. 14-61357 |
| **JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOHN HENRY SCHNEIDER,**<br><br>           Plaintiff,<br><br>  v.<br><br>**SCHNEIDER LIMITED PARTNERSHIP, et al.;**<br><br>           Defendants. | Adversary No. 15-00015<br><br>STATUS REPORT |

Joseph V. Womack, Chapter 7 Trustee for the Bankruptcy Estate of John Henry Schneider, by and through counsel of record, provides the following status report in response to the Adversary Notice to File Pleading (Doc. 20).

Trustee filed this matter on May 22, 2015. Doc. 1. In June of 2015, Trustee's counsel was contacted by Harold V. Dye, Debtor's counsel, with a request for an extension for all defendants (other than Kathleen Burrows) to file an answer to the complaint due to difficulties in finding counsel for the various defendants. Trustee's counsel granted that extension.

On July 14, 2015, Trustee filed his First Amended Complaint. Doc. 16. That filing extended the deadline for defendants to answer into August of 2015.

In early August of 2015, Trustee's counsel was informed that Mark D. Parker had been retained to represent various of the defendants and that Jason Holden had been retained to represent other defendants. Trustee's counsel had various conversations with Mr. Parker, Mr. Holden and Mr. Dye regarding an additional extension to answer the First Amended Complaint. Due to schedule issues with defense counsel, Trustee's counsel granted all defendants (other than Kathleen Burrows) an extension until September 4, 2015, in which to answer the First Amended Complaint.

Mr. Dye and Mr. Parker have now filed notices of appearance on behalf of various defendants. *See* Docs. 18 and 19. Further, Mr. Holden has represented that he will soon be filing a notice of appearance on behalf of the remaining defendants (other than Kathleen Burrows).

Thus, all defendants (other than Kathleen Burrows) have been granted an extension by Trustee's counsel until September 4, 2015 in which to answer the First Amended Complaint. If answers or other responsive pleadings are not filed by that date, Trustee's counsel will seek default.

The Trustee settled with Kathleen Burrows and the Court recently approved that settlement. Thus, pursuant to the approved settlement, the Trustee will be dismissing Kathleen Burrows from this action.

DATED this 18th day of August, 2015.

GOETZ, BALDWIN & GEDDES, P.C.

By: */s/Trent M. Gardner*
Trent M. Gardner/Jeffrey J. Tierney
Attorneys for Trustee Joseph V. Womack

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury that on August 18, 2015, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties:

Michael D. Greear
P.O. Box 552
Worland, WY 82401
*Registered Agent for Schneider Limited Partnership, Schneider Management, LLC, and Medport, LLC*

Steven M. Johnson
Church, Harris, Johnson & Williams, P.C.
114 3rd St. South
P.O. Box 1645
Great Falls, MT 59403-1645
*Attorneys for Kathleen T. Burrows*

                                        */s/Trent M. Gardner*
                                        Trent M. Gardner
                                        Attorneys for Trustee Joseph V. Womack