Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, Montana 59801
406-542-5205
406-721-1616 fax
hdye@dyemoelaw.com
Attorney for John Schneider as the former
    Manager of BSC, LLC

I.D. Number 408

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re<br><br>JOHN HENRY SCHNEIDER,<br><br>              Debtor.<br>JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF JOHN HENRY SCHNEIDER,<br>       Plaintiff,<br><br>              v.<br><br>SCHNEIDER LIMITED PARTNERSHIP; SCHNEIDER MANAGEMENT, LLC; MEDPORT, LLC; BSC, LLC; JOHN HENRY SCHNEIDER; MICHELLE R. SCHNEIDER; KATHLEEN T. | Case No. 14-61357<br><br>Adversary No.15-00015<br><br>**MOTION TO DISMISS** |

BURROWS; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE BRANDON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE SHANNON SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE CAITLIN SCHNEIDER BENEFIT TRUST, DATED MARCH 30, 2012; JOHN SCHNEIDER, AS TRUSTEE OF THE JOHN SCHNEIDER REVOCABLE TRUST, DATED NOVEMBER 20, 2007; MICHELLE R. SCHNEIDER, AS TRUSTEE OF THE MICHELLE SCHNEIDER REVOCABLE TRUST, DATED NOVEMBER 20, 2007; JOHN DOES 1–10; and XYZ CORPS. 1–10;

        Defendants.

    Comes now John Schneider, former mananger of BSC, LLC, a dissolved Wyoming Limited Liability Company, and, appearing specially, moves to dismiss the complaint as against BSC on the grounds that (a) BSC was dissolved by the Wyoming Secretary of State on February 23, 2011 and, as a result, lacks any legal existence or capacity to be sued and (b) any claim

against BSC in the nature of a fraudlent transfer claim arising prior to its dissolution is barred the four year statue of repose of Wyo.Stat. § 34-14-210.

John Schneider requests that the Court establish a briefing schedule in regard to these issues.

### NOTICE OF OPPORTUNITY TO RESPOND AND REQUEST A HEARING

**If you object to the motion, you must file a written responsive pleading and request a hearing within fourteen (14) days of the date of the notice.   The responding party shall schedule the hearing on the application at least twenty-one (21) days after the date of the response and request for hearing and shall include in the caption of the responsive pleading in bold and conspicuous print the date, time and location of the hearing by inserting in the caption the following:**

**NOTICE OF HEARING**
**Date: _____**
**Time:_____**
**Location:_____**

**If no response and request for hearing are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED: September 3, 2015.

        DYE & MOE, P.L.L.P.

        */s/ Harold V. Dye*
        Harold V. Dye

## CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on September 3, 2015, copies of the foregoing Motion to Dismiss were served electronically by ECF notice to all persons/ entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/ entities who are not ECF registered users

        */s/ Ann M. Adler*

4