


Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, Montana 59801
406-542-5205
406-721-1616 fax
hdye@dyemoelaw.com
Attorney for John Schneider and
  John Schneider Revocable Trust
I.D. Number 408

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In Re | Case No. 14-61357 |
| JOHN HENRY SCHNEIDER, | |
| Debtor. | Adversary No.15-00015 |
| JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF JOHN HENRY SCHNEIDER,<br>    Plaintiff, | |
| v. | |
| SCHNEIDER LIMITED PARTNERSHIP et.al.<br>    Defendants. | |

## LIST OF WITNESSES

Harold V. Dye, attorney for John Schneider and John Schneider Revocable Trust submits the following witnesses for the hearings scheduled September 29, 2015 and any continuance or adjournment thereof:

1. Joseph Womack

DATED: September 24, 2015.

> DYE & MOE, P.L.L.P.
>
> */s/ Harold V. Dye*
> Harold V. Dye

## CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on September 24, 2015, copies of the foregoing List of Witnesses were served electronically by ECF notice to all persons/ entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/ entities who are not ECF registered users

> */s/ Ann M. Adler*