Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:     (406) 587-5144
Email:  tgardner@goetzlawfirm.com
           jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2641)
**WALLER & WOMACK, P.C.**
Suite 805 First Bank Building
303 North Broadway
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**JOHN HENRY SCHNEIDER**,<br><br>        Debtor. | Case No. 14-61357 |
| **JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOHN HENRY SCHNEIDER,**<br><br>        Plaintiff,<br><br> v.<br><br>**SCHNEIDER LIMITED PARTNERSHIP, et al.;**<br><br>        Defendants. | Adversary No. 15-00015<br><br><br>**TRUSTEE'S LIST OF WITNESSES** |

Joseph V. Womack, Chapter 7 Trustee for the Bankruptcy Estate of John Henry Schneider, submits the following list of witnesses for the hearing set for September 29, 2015 regarding Debtor's Motion to Require Parties to Supply Initial Disclosures; and to Stay Discovery Pending Such Disclosures (Doc. 23) and Defendant BSC, LLC's Motion to Dismiss (Doc. 24).

1. Harold V. Dye;

2. Joseph V. Womack; and

3. Any necessary rebuttal or impeachment witness.

DATED this 24th day of September, 2015.

GOETZ, BALDWIN & GEDDES, P.C.

By: */s/Trent M. Gardner*
Trent M. Gardner/Jeffrey J. Tierney
Attorneys for Trustee Joseph V. Womack

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies under penalty of perjury that on September 24, 2015, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties:

Michael D. Greear  
P.O. Box 552  
Worland, WY 82401  
*Registered Agent for Schneider Limited Partnership, Schneider Management, LLC, and Medport, LLC*

Steven M. Johnson  
Church, Harris, Johnson & Williams, P.C.  
114 3rd St. South  
P.O. Box 1645  
Great Falls, MT 59403-1645  
*Attorneys for Kathleen T. Burrows*

 

                                              */s/Trent M. Gardner*  
                                              Trent M. Gardner  
                                              Attorneys for Trustee Joseph V. Womack