Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:     (406) 587-5144
Email:  tgardner@goetzlawfirm.com
           jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2641)
**WALLER & WOMACK, P.C.**
Suite 805 First Bank Building
303 North Broadway
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**JOHN HENRY SCHNEIDER**,<br><br>Debtor. | Case No. 14-61357 |
| **JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOHN HENRY SCHNEIDER,**<br><br>Plaintiff,<br><br> v.<br><br>**SCHNEIDER LIMITED PARTNERSHIP, et al.;**<br><br>Defendants. | Adversary No. 15-00015<br><br>**TRUSTEE'S LIST OF EXHIBITS** |

Joseph V. Womack, Chapter 7 Trustee for the Bankruptcy Estate of John Henry Schneider, submits the following list of exhibits for the hearing set for September 29, 2015 regarding Debtor's Motion to Require Parties to Supply Initial Disclosures; and to Stay Discovery Pending Such Disclosures (Doc. 23) and Defendant BSC, LLC's Motion to Dismiss (Doc. 24).

1. Email from Trent Gardner to Harold Dye, et al., August 7, 2015;

2. Plaintiffs' First Written Discovery Requests to John Henry Schneider dated June 1, 2015;

3. John Schneider's Answers and Objections to Discovery Requests dated September 3, 2015;

4. Any necessary rebuttal or impeachment exhibits.

DATED this 24th day of September, 2015.

GOETZ, BALDWIN & GEDDES, P.C.

By: */s/Trent M. Gardner*
Trent M. Gardner/Jeffrey J. Tierney
Attorneys for Trustee Joseph V. Womack

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury that on September 24, 2015, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties:

Michael D. Greear
P.O. Box 552
Worland, WY  82401
*Registered Agent for Schneider Limited Partnership, Schneider Management, LLC, and Medport, LLC*

Steven M. Johnson
Church, Harris, Johnson & Williams, P.C.
114 3rd St. South
P.O. Box 1645
Great Falls, MT  59403-1645
*Attorneys for Kathleen T. Burrows*

                              */s/Trent M. Gardner*
                              Trent M. Gardner
                              Attorneys for Trustee Joseph V. Womack