Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, Montana 59801
406-542-5205
406-721-1616 fax
hdye@dyemoelaw.com
Attorney for John Schneider and
    John Schneider Revocable Trust
I.D. Number 408

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MONTANA

In Re

JOHN HENRY SCHNEIDER,

        Debtor.

JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE OF THE ESTATE OF JOHN HENRY SCHNEIDER,
      Plaintiff,

          v.

SCHNEIDER LIMITED PARTNERSHIP et.al.,

      Defendants.

Case No. 14-61357

Adversary No.15-00015

**LIST OF EXHIBITS**

1

Harold V. Dye, attorney for John Schneider and John Schneider Trust submits the following exhibits for the hearings scheduled September 29, 2015 and any continuance or adjournment thereof:

| Exhibit Number | Date Submitted | Date Admitted | Legal Ground for Objection | Description |
|---|---|---|---|---|
| 1 | 9/24/2015 | | | Plaintiff's First Written Discovery Request to Plaintiff |
| 2 | 9/24/2015 | | | Letter Womack to Dye (1/14/2015) |
| 3 | 9/24/2015 | | | Letter Womack to Dye (1/15/2015) |
| 4 | 9/24/2015 | | | Folders and metadata in flash drive submitted to Womack by Schneider (5/15/2015) |
| 5 | 9/24/2015 | | | Email Lund to Schneider (5/28/2015) |

Grounds for Objection

1. No objection: Admissibility stipulated
2. Irrelevant
3. Hearsay
4. Best evidence
5. Inadmissable opinion
6. Insufficient foundation (relevancy, personal knowledge authenticity)
7. Unduly time consuming, prejudicial, confusing or misleading
8. Other (specify)

DATED: September 24, 2015.

DYE & MOE, P.L.L.P.


*/s/ Harold V. Dye*
Harold V. Dye

2

## CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on September 24, 2015, copies of the foregoing List of Exhibits were served electronically by ECF notice to all persons/ entities requesting special notice or otherwise entitled to same and that in addition service by mailing a true and correct copy, first class mail, postage prepaid, was made to the following persons/ entities who are not ECF registered users

*/s/ Ann M. Adler*