DEFENDANT'S
EXHIBIT 4

Folders in flash drive submitted to Trustee Womack, May 2015

| | | |
|---|---|---|
| Claims against ORG | 5/15/2015 10:19 A... | File folder |
| Insurnace policies | 5/15/2015 10:22 A... | File folder |
| JHS MD PC | 5/14/2015 12:58 PM | File folder |
| Northern rockies Insurance company | 5/14/2015 12:59 PM | File folder |
| Northern Rockies Neuro-Monitoring | 5/14/2015 8:48 AM | File folder |
| Northern Rockies NeuroSpine, PC | 5/14/2015 10:05 A... | File folder |
| ONI | 5/14/2015 9:19 AM | File folder |
| Prime properties | 5/14/2015 8:52 AM | File folder |
| Retirement and Investments | 5/14/2015 9:33 AM | File folder |
| Schneider managment, LLC | 5/14/2015 12:40 PM | File folder |
| SLP, LLC | 5/14/2015 9:58 AM | File folder |
| Tax returns | 5/14/2015 5:13 PM | File folder |
| Transfers | 5/14/2015 2:52 PM | File folder |
| Trust documents | 5/14/2015 5:15 PM | File folder |
| Vehicle Information | 5/14/2015 9:05 AM | File folder |

Metadata:



Insurance policies folders

| | | | |
|---|---|---|---|
| 📁 Billings property | 5/15/2015 10:19 A... | File folder | |
| 📁 Medical - UMIA | 5/15/2015 10:20 A... | File folder | |
| 📁 Ranch | 5/15/2015 10:20 A... | File folder | |
| 📄 Document disposition.docx | 5/15/2015 10:22 A... | Microsoft Word D... | 12 KB |

JHS MD PC folders

| | | |
|---|---|---|
| 📁 accounting files | 5/14/2015 5:07 PM | File folder |
| 📁 Banking information | 5/14/2015 5:07 PM | File folder |
| 📁 Financial reports | 5/14/2015 5:07 PM | File folder |
| 📁 nonprotected email communications | 5/14/2015 5:08 PM | File folder |

Northern Rockies Insurance Company folders

| | | | |
|---|---|---|---|
| 📁 banking information | 5/14/2015 1:33 PM | File folder | |
| 📁 Claims made | 5/14/2015 9:55 AM | File folder | |
| 📁 communications documents | 5/14/2015 3:54 PM | File folder | |
| 📁 electronic files | 5/14/2015 1:42 PM | File folder | |
| 📁 Financial reports | 5/14/2015 1:31 PM | File folder | |
| 📁 Organization documents | 5/14/2015 11:14 A... | File folder | |
| 📁 outstanding A.R | 5/14/2015 10:38 A... | File folder | |
| ⭐ Favorites - Shortcut | 9/24/2015 1:47 PM | Shortcut | 1 KB |

Northern Rockies Neuro- Monitoring folders

| | | | |
|---|---|---|---|
| 📁 5/14/2015 1... | Accounting files | File folder | |
| 📁 5/14/2015 2:... | Banking statements | File folder | |
| 📁 5/14/2015 3:... | corporate docuemnts and communication log | File folder | |
| 📁 5/14/2015 2:... | Financial reports | File folder | |

Northern Rockies Neuro Spine folders

| Name | Date modified | Type |
| --- | --- | --- |
| Banking.financial information | 5/14/2015 11:49 A... | File folder |
| Inventory items | 5/14/2015 10:39 A... | File folder |
| Organization documents and entries | 5/14/2015 1:52 PM | File folder |
| outstanding A.R | 5/14/2015 12:51 PM | File folder |
| Taxes | 5/14/2015 10:05 A... | File folder |

ONI folders

| Name | Date modified | Type | Size |
| --- | --- | --- | --- |
| Banking information | 5/14/2015 2:07 PM | File folder | |
| Financial reports | 5/14/2015 10:20 A... | File folder | |
| Organizational documents | 5/14/2015 1:53 PM | File folder | |
| Tax returns | 5/14/2015 2:09 PM | File folder | |
| OMNI property insurance.msg | 5/14/2015 9:19 AM | Outlook Item | 43 KB |

Prime Properties folders

| Name | Date modified | Type |
| --- | --- | --- |
| Banking information | 5/15/2015 10:24 A... | File folder |

Retirement and Investment folders

| Name | Date modified | Type | Size |
| --- | --- | --- | --- |
| Bank statements | 5/14/2015 11:09 A... | File folder | |
| Children's savings | 5/15/2015 10:24 A... | File folder | |
| educational savings | 5/14/2015 5:09 PM | File folder | |
| Life insurance | 5/14/2015 2:15 PM | File folder | |
| Retirement accounts.AUL.401K.Exxact.DA... | 5/15/2015 10:25 A... | File folder | |

Schneider Management folders

| | | |
|---|---|---|
| 📁 Banking information | 5/14/2015 2:16 PM | File folder |
| 📁 electronic files | 5/14/2015 5:10 PM | File folder |
| 📁 Financial reports | 5/15/2015 10:27 A... | File folder |
| 📁 Nonprotected communication | 5/14/2015 11:17 A... | File folder |

SLP (Schneider Limited Partnership) folders

| | | |
|---|---|---|
| 📁 Banking information | 5/14/2015 10:09 A... | File folder |
| 📁 Financial reports and accounting | 5/15/2015 10:31 A... | File folder |
| 📁 Operations documents, not protected | 5/14/2015 11:19 A... | File folder |

Tax returns folders

| Name | Date modified | Type | Size |
|------|--------------|------|------|
| 0000000NFP20131223202816.pdf | 8/28/2014 2:52 PM | Adobe Acrobat D... | 55 KB |
| 2013 Schneider Limited Partnership Ame... | 1/5/2015 1:06 PM | Adobe Acrobat D... | 16,567 KB |
| 2013 Schneider Limited Partnership Ame... | 1/5/2015 1:06 PM | Adobe Acrobat D... | 5,290 KB |
| 2013 Schneider Limited Partnership Ame... | 1/5/2015 1:06 PM | Adobe Acrobat D... | 4,989 KB |
| 2013_K1_SchneiderLimitedPartnershipLLC... | 3/22/2014 8:31 AM | Adobe Acrobat D... | 60 KB |
| 2013_K1_SchneiderLimitedPartnershipLLC... | 3/22/2014 8:31 AM | Adobe Acrobat D... | 60 KB |
| 2013K1 Irrevocable trust JHS.Heiser.pdf | 5/14/2015 12:42 PM | Adobe Acrobat D... | 126 KB |
| 2014 Returns all entities.docx | 5/14/2015 5:13 PM | Microsoft Word D... | 12 KB |
| 14089-NORTHERN ROCKIES NEURO-SPI... | 3/13/2013 9:06 AM | Adobe Acrobat D... | 140 KB |
| 14089-NORTHERN ROCKIES NEURO-SPI... | 3/13/2013 9:06 AM | Adobe Acrobat D... | 140 KB |
| Ammended return MT NRNS2012 (2).pdf | 4/23/2014 11:42 A... | Adobe Acrobat D... | 137 KB |
| Ammended return MT NRNS2012.pdf | 4/23/2014 11:42 A... | Adobe Acrobat D... | 137 KB |
| Ammended return NRNS2012 (2).pdf | 4/23/2014 11:41 A... | Adobe Acrobat D... | 196 KB |
| Ammended return NRNS2012.pdf | 4/23/2014 11:41 A... | Adobe Acrobat D... | 196 KB |
| ASC.Schneider Limited Partnership K-1 2... | 9/2/2014 9:17 AM | Adobe Acrobat D... | 232 KB |
| Brandon2013 taxreturn.pdf | 10/13/2014 10:43 ... | Adobe Acrobat D... | 86 KB |
| BSC LLC 2009 (2).pdf | 4/1/2012 6:25 PM | Adobe Acrobat D... | 1,371 KB |
| BSC LLC 2009.pdf | 4/1/2012 6:25 PM | Adobe Acrobat D... | 1,371 KB |
| Efile Form (2).pdf | 9/13/2013 3:54 PM | Adobe Acrobat D... | 17 KB |
| FedStateK1_SchneiderLimitedPartnership... | 4/4/2013 4:45 PM | Adobe Acrobat D... | 60 KB |
| FedStateK1_SchneiderLimitedPartnership... | 4/4/2013 4:45 PM | Adobe Acrobat D... | 60 KB |
| FedStateK1_SchneiderLimitedPartnership... | 4/4/2013 4:45 PM | Adobe Acrobat D... | 60 KB |
| FedStateK1_SchneiderLimitedPartnership... | 4/4/2013 4:45 PM | Adobe Acrobat D... | 60 KB |
| J SCHNEIDER 2009 (2).pdf | 4/1/2012 6:25 PM | Adobe Acrobat D... | 2,567 KB |
| J SCHNEIDER 2009.pdf | 4/1/2012 6:25 PM | Adobe Acrobat D... | 2,567 KB |
| JHSMRS.2012.efile (2).pdf | 10/15/2013 8:41 PM | Adobe Acrobat D... | 1,167 KB |
| JHSMRS.2012.efile.pdf | 10/15/2013 8:41 PM | Adobe Acrobat D... | 1,167 KB |
| JOHN H SCNEIDER MD PC 2009 (2).pdf | 4/1/2012 6:25 PM | Adobe Acrobat D... | 1,079 KB |
| JOHN H SCNEIDER MD PC 2009.pdf | 4/1/2012 6:25 PM | Adobe Acrobat D... | 1,079 KB |
| MT Dept revenue audit NRNS.pdf | 4/23/2015 6:01 AM | Adobe Acrobat D... | 9,972 KB |

Continued

| | | | |
|---|---|---|---|
| MT DOR audit response.docx | 5/4/2015 8:15 PM | Microsoft Word D... | 25 KB |
| NORTHERN ROCKIES NEURO-SPINE PC 2... | 4/1/2012 6:25 PM | Adobe Acrobat D... | 46 KB |
| NORTHERN ROCKIES NEURO-SPINE PC 2... | 4/1/2012 6:25 PM | Adobe Acrobat D... | 46 KB |
| NRNM 2009 (2).pdf | 4/1/2012 6:25 PM | Adobe Acrobat D... | 1,580 KB |
| NRNM 2009.pdf | 4/1/2012 6:25 PM | Adobe Acrobat D... | 1,580 KB |
| NRNM 2011 (2).pdf | 5/10/2012 9:17 AM | Adobe Acrobat D... | 1,187 KB |
| NRNM 2011.pdf | 5/10/2012 9:17 AM | Adobe Acrobat D... | 1,187 KB |
| NRNS Extension (2).pdf | 5/10/2012 9:17 AM | Adobe Acrobat D... | 178 KB |
| NRNS Extension.pdf | 5/10/2012 9:17 AM | Adobe Acrobat D... | 178 KB |
| ONI - 2013 K-1 Schneider Limited Partner... | 9/2/2014 9:16 AM | Adobe Acrobat D... | 1,580 KB |
| Report_from_Northern_Rockies_Neuro-S... | 8/28/2013 4:22 AM | Microsoft Excel 97... | 14 KB |
| ROCK THIS WORLD CORPORATION 2009... | 4/1/2012 6:25 PM | Adobe Acrobat D... | 47 KB |
| ROCK THIS WORLD CORPORATION 2009.... | 4/1/2012 6:25 PM | Adobe Acrobat D... | 47 KB |
| Schneider 2013 Amended Tax Return.pdf | 11/26/2014 10:21 ... | Adobe Acrobat D... | 303 KB |
| Schneider LP Extension (2).pdf | 5/10/2012 9:17 AM | Adobe Acrobat D... | 182 KB |
| Schneider LP Extension.pdf | 5/10/2012 9:17 AM | Adobe Acrobat D... | 182 KB |
| Schneider, John & Michelle Ext. (2).pdf | 5/10/2012 9:17 AM | Adobe Acrobat D... | 203 KB |
| Schneider, John & Michelle Ext..pdf | 5/10/2012 9:17 AM | Adobe Acrobat D... | 203 KB |
| SCHNEIDER, SHANNON (Clt).pdf | 4/19/2014 3:09 AM | Adobe Acrobat D... | 115 KB |
| Tax password.docx | 2/10/2015 8:25 AM | Microsoft Word D... | 12 KB |
| Tax return 2013 NRNM.pdf | 8/4/2014 4:43 PM | Adobe Acrobat D... | 8,124 KB |

Transfers folders

| | | |
|---|---|---|
| Fire loss | 5/15/2015 10:37 A... | File folder |
| moving documents | 5/14/2015 4:33 PM | File folder |
| property transfers | 5/14/2015 9:28 AM | File folder |
| Ranch sales | 5/14/2015 5:14 PM | File folder |

Trust documents folders

| | | |
|---|---|---|
| Asset list | 5/14/2015 11:55 A... | File folder |
| corporate documents | 5/15/2015 10:48 A... | File folder |
| Financial reports | 5/14/2015 5:15 PM | File folder |
| Nonprotected communication | 5/14/2015 5:15 PM | File folder |

Vehicle information folders

| | | |
|---|---|---|
| 📁 Insurnace policy | 5/14/2015 9:15 AM | File folder |
| 📁 purchase.lien documents | 5/14/2015 5:15 PM | File folder |
| 📁 Vehicle disposition | 5/15/2015 10:49 A... | File folder |