Harold V. Dye
Dye & Moe, P.L.L.P.
120 Hickory Street, Ste. B
Missoula, Montana 59801
406-542-5205
406-721-1616 fax
hdye@dyemoelaw.com
Attorney for John Schneider,
   John Schneider Revocable Trust
   And BSC, LLC
I.D. Number 408

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

In Re

JOHN HENRY SCHNEIDER,

Debtor.

JOSEPH V. WOMACK, AS
CHAPTER 7 TRUSTEE OF THE
ESTATE OF JOHN HENRY
SCHNEIDER,
Plaintiff,

v.

SCHNEIDER LIMITED
PARTNERSHIP et. al.

Defendants.

Case No. 14-61357

Adversary No.15-00015

US District Court No. 15-00097

**WITHDRAWAL OF MOTION TO DISMISS**

1

Defendant BSC, LLC withdraws its motion to dismiss (Bankruptcy

Court docket # 24; U.S.D.C. docket # 15) without prejudice to raising the

issues presented by way of defense in this matter.

DATED: December 1, 2015.

DYE & MOE, P.L.L.P.


*/s/ Harold V. Dye*
Harold V. Dye

## CERTIFICATE OF SERVICE

I, the undersigned certify under penalty of perjury that on December 1,
2015, copies of the foregoing  Withdrawal Of Motion To Dismiss were
served electronically by ECF notice to all persons/ entities requesting
special notice or otherwise entitled to same and that in addition service by
mailing a true and correct copy, first class mail, postage prepaid, was made
to the following persons/ entities who are not ECF registered users

*/s/ Ann M. Adler*

2