James H. Cossitt (Mont. # 4773)
PO Box 1889
Kalispell, MT  59903-1889
Tel:  406-752-5616
Email: jhc@cossittlaw.com
ATTORNEY FOR DEBTOR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| In Re:<br><br>    JOHN HENRY SCHNEIDER,<br><br>    Debtor(s). | District Court # **CV 15-97-BLG-SPW**<br><br>Bankruptcy  Case #**14-61357-7** |
| JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOHN HENRY SCHNEIDER,<br><br>    Plaintiff,<br><br>vs.<br><br>SCHNEIDER LIMITED PARTNERSHIP, et al.<br>        Defendants. | Adversary # **15-15** |

## APPEARANCE & REQUEST FOR SPECIAL NOTICE

## APPEARANCE

Pursuant to FRBP 9010 and 28 USC § 1654, please take notice that the undersigned appears on behalf of John Henry Schneider in this matter.

## REQUEST FOR SPECIAL NOTICE

Pursuant to FRBP 2002(i) and (g), counsel requests that all matters which must

In re: Schneider, chapter 7#14-61357-RBK
Womack v Schneider LP, et al, AP 15-15
JHC Appearance & Request for Notice                                                                    Page 1 of 2

be noticed to creditors, and any other parties in interest, whether sent by the Court, the debtors or any other party in the case, be sent or delivered to the undersigned; and pursuant to FRBP 2002(g), that the following be added to the Court's master mailing matrix:

> James H. Cossitt, PC
> PO Box 1889
> Kalispell  MT  59903-1889

Such notices shall include notices by mail, telephone, facsimile, or any other means of transmission, and the notices requested shall include, but are not limited to, all notices relating to the matters set forth in FRBP 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the debtor's obtaining of credit under 11 U.S.C. §363 or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C.§ 365.

Dated: December 12, 2015              /s/ *James H. Cossitt*
                                      James H. Cossitt (Mont. # 4773)

Original filed via ECF

**Pursuant to FRBP 7005 & 9014 (b) and FRCP 5(b)(2)(D) all parties noted in the Court's ECF transmission facilities have been served via ECF.**

**The following have been served by mail:**   None

CERTIFICATE OF SERVICE BY MAIL /  ECF

This document was served pursuant to FRBP 7004, 9001(8), 9013, 9014(b):  1) by mail, in envelopes addressed to each of the parties at the addresses above; and/or  2) by electronic means, pursuant to LBR 7005-1, 9013-1(c) and 9036-1 on the parties noted in the Court's ECF transmission facilities, on December 12, 2015.  The undersigned declares, under penalty of perjury pursuant to 28 USC § 1746, that the foregoing is true and correct.

                                      /s/ *James H. Cossitt*

L:\Clients\Schneider\15-15\d\2015-12 - LBF 23 JHC Appearance.docx                    Rev 12/12/15    JHC

In re: Schneider, chapter 7#14-61357-RBK
Womack v Schneider LP, et al, AP 15-15
JHC Appearance & Request for Notice                                                  Page 2 of 2