Trent M. Gardner (I.D. # 7477)
Jeffrey J. Tierney (I.D. # 12989)
**GOETZ, BALDWIN & GEDDES, P.C.**
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Phone: (406) 587-0618
Fax:     (406) 587-5144
Email:  tgardner@goetzlawfirm.com
            jtierney@goetzlawfirm.com

Joseph V. Womack (I.D. # 2641)
**WALLER & WOMACK, P.C.**
Suite 805 First Bank Building
303 North Broadway
Billings, Montana 59101
Telephone:  (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com

Attorneys for Joseph V. Womack, Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re<br><br>**JOHN HENRY SCHNEIDER**,<br><br>Debtor. | Case No. 14-61357 |
| **JOSEPH V. WOMACK, AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOHN HENRY SCHNEIDER,**<br><br>Plaintiff,<br><br>v.<br><br>**SCHNEIDER LIMITED PARTNERSHIP, et al.;**<br><br>Defendants. | Adversary No. 15-00015<br><br>**STATUS REPORT** |

Joseph V. Womack, Chapter 7 Trustee for the Bankruptcy Estate of John Henry Schneider ("Trustee"), through counsel and pursuant to this Court's Order dated January 6, 2016 (Doc. 60), submits the following status report. All Defendants' counsel have reviewed and approved this status report.

The Trustee reports that the parties to this adversary proceeding participated in a mediation of this matter on February 17 and 18, 2016, with the Honorable Leif Clark acting as the mediator. At the end of the mediation, the parties reached a settlement which fully resolves this adversary proceeding, as well as Adversary Proceeding No. 15-20.

The parties are in the process of finalizing the settlement documents and preparing the appropriate motions to present to the Court for approval of the settlements.  The parties expect to have these documents filed by the end of this week.

Accordingly, the parties ask that the Court hold this adversary proceeding in abeyance pending the settlement approval process. If the settlement is approved and completed, there will be no further need for any action in this adversary proceeding as the settlements contemplate dismissal with prejudice of both cases.

DATED this 2nd day of March, 2016.

                                            GOETZ, BALDWIN & GEDDES, P.C.

                                            By: */s/Trent M. Gardner*
                                            Trent M. Gardner/Jeffrey J. Tierney
                                            Attorneys for Trustee Joseph V. Womack

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies under penalty of perjury that on March 2, 2016, a copy of the foregoing pleading was served (i) by electronic means pursuant to LBR 9013-1(d)(2) on the parties noted in the Court's ECF transmission facilities and/or (ii) by mail on the following parties: none

                */s/Trent M. Gardner*
                Trent M. Gardner
                Attorneys for Trustee Joseph V. Womack